# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, | |
| Plaintiff, | |
| vs. | CASE NO. 6:11-cv-00581-LED |
| PHONE.COM, INC., a Delaware corporation, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Motion to Dismiss with Prejudice brought by Plaintiff Klausner Technologies, Inc. ("Klausner Technologies") and Defendant Phone.com, Inc. ("Phone.com").  Klausner Technologies and Phone.com have entered into a Settlement Agreement (the "Settlement Agreement") and agreed to entry of this Agreed Order of Dismissal with Prejudice.  After considering this Motion, the Court finds it is well-taken and should be approved.  Accordingly, the Agreed Motion to Dismiss with Prejudice is hereby GRANTED in its entirety.

Accordingly, IT IS ORDERED that the parties hereby agree and stipulate on the terms and conditions of the Settlement Agreement as follows:

1.    This Court has personal jurisdiction over the parties and retains jurisdiction to enforce this Agreed Order of Dismissal with Prejudice and to enforce the terms of the Settlement Agreement.

2.    Venue is proper in this District.

3.      All claims and counterclaims in this action as between Klausner

Technologies and Phone.com are dismissed with prejudice.

4.      Each party shall bear its own respective costs and attorney's fees in

connection with this case.


**So ORDERED and SIGNED this 23rd day of May, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**